SAMUEL D. ROBINSON, as Administrator of the Estate of ISABEL ROBINSON, Deceased, Respondent, *v.* JOHN D. McCOACH, as Sheriff of the County of Orange, Appellant.

(Argued November 26, 1930; decided January 6, 1931.)

*Henry Hirschberg* for appellant.

*Stanley B. Johnson, Arthur E. Kaley* and *Harry L. Toplitt* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: HUBBS, J.